## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Romo, Mark A

Printed: 11/11/08

Case Number:  07 B 23449
Judge:  Goldgar, A. Benjamin
Filed:  12/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  September 30, 2008
Confirmed:  February 12, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,652.50 |  |
| Secured: |  | 2,287.56 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,080.38 |
| Trustee Fee: |  | 284.56 |
| Other Funds: |  | 0.00 |
| Totals: | 4,652.50 | 4,652.50 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,500.00 | 2,080.38 |
| 2. | American General Finance | Secured | 1,777.00 | 207.88 |
| 3. | American General Finance | Secured | 14,843.60 | 2,079.68 |
| 4. | Capital One | Unsecured | 634.97 | 0.00 |
| 5. | World Financial Network Nat'l | Unsecured | 146.38 | 0.00 |
| 6. | Chase Bank USA NA | Unsecured | 329.68 | 0.00 |
| 7. | T Mobile USA | Unsecured | 333.92 | 0.00 |
| 8. | World Financial Network Nat'l | Unsecured | 162.24 | 0.00 |
| 9. | Capital One | Unsecured | 738.54 | 0.00 |
| 10. | American General Finance | Unsecured | 52.83 | 0.00 |
| 11. | Wells Fargo Financial Illinois Inc | Unsecured | 785.22 | 0.00 |
| 12. | Sallie Mae | Unsecured | 5,164.16 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 5,932.13 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 518.90 | 0.00 |
| 15. | Cook County Treasurer | Secured |  | No Claim Filed |
| 16. | HSBC Mortgage Services | Secured |  | No Claim Filed |
| 17. | Popular Mortgage Services | Secured |  | No Claim Filed |
| 18. | American General Finance | Unsecured |  | No Claim Filed |
| 19. | Resurgent Capital Services | Unsecured |  | No Claim Filed |
| 20. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 21. | TRS Services | Unsecured |  | No Claim Filed |
| 22. | Washington Mutual Providian | Unsecured |  | No Claim Filed |
|  |  |  | $ 33,919.57 | $ 4,367.94 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Romo, Mark A

Printed: 11/11/08

Case Number:  07 B 23449

Judge:  Goldgar, A. Benjamin

Filed:  12/14/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.4% | 87.60 |
| 6.5% | 196.96 |
| | $ 284.56 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

